JAMES M. SHORE (SB #135945)
james.shore@stoel.com
BRYAN L. HAWKINS (SB #238346)
bryan.hawkins@stoel.com
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA 95814
Telephone: (916) 447-0700
Facsimile: (916) 447-4781

Attorneys for Defendant
10-20 SERVICES, INC., A NEVADA CORPORATION

JS-6

FILED
CLERK, U.S. DISTRICT COURT

DEC 17, 2018

CENTRAL DISTRICT OF CALIFORNIA
BY:    BH    DEPUTY

UNITED STATES DISTRICT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JOSETTE BASTIEN, individually,<br><br>              Plaintiff,<br><br>  v.<br><br>10-20 SERVICES, INC., A NEVADA CORPORATION; and Does 1 through 30, inclusive,<br><br>              Defendants. | CASE NO. 5:17-cv-01864-VAP-SHK<br><br>[~~PROPOSED~~] FINAL JUDGMENT PURSUANT TO STIPULATION<br><br>Action Filed:   August 7, 2017 |

# [PROPOSED] FINAL JUDGMENT PURSUANT TO STIPULATION

Plaintiff Josette Bastien ("Plaintiff") has commenced this action against Defendant 10-20 Services, Inc. ("Defendant") (Plaintiff and Defendants will be referred to collectively as the "Parties") alleging claims for unpaid wages and wrongful termination. The Parties have agreed to the entry of this Final Judgment Pursuant to Stipulation ("Judgment") to resolve all matters in dispute in this action without the completion of trial or the adjudication of any issues of law or fact. This Judgment shall not constitute evidence or admission of fault or concession of liability or wrongdoing by Defendant regarding any allegations of law or fact, alleged either expressly or impliedly, in the Complaint.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Judgment is entered in favor of Plaintiff and against Defendant in the amount of SEVENTY-FIVE THOUSAND DOLLARS AND ZERO CENTS ("$75,000"). Post-judgment interest shall accrue on this amount pursuant to 28 U.S.C. 1961 beginning September 1, 2018.

DATED: December 17, 2018 _____/s/ Virginia A. Phillips_____
VIRGINIA A. PHILLIPS,
Chief United States District Judge

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO
99494921.1 0059106-00003